IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHENEAKA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 15-0203-CG-N |
| | ) | |
| SDI of JACKSON, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order issued on October 7, 2016 (Doc. 35), it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants, SDI of Jackson, LLC, Bradley Dronet, and Joe Toney, and against Plaintiff, Sheneaka Williams, as to Plaintiff's Title VII retaliation claim.  It is, therefore, **ORDERED** that the Plaintiff's Title VII retaliation claim is against SDI of Jackson, LLC, Bradley Dronet, and Joe Toney is **DISMISSED with prejudice**.[1]

**DONE and ORDERED** this 3rd day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The parties settled the remaining claims at the settlement conference held before Magistrate Judge Nelson on November 2, 2016.