IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHENEAKA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0203-CG-N |
| | ) |
| SDI of JACKSON, LLC, a/k/a Sonic Drive-In, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

There having been no response filed to the Court's show cause order (Doc. 42), the motion to dismiss contained in the Defendants' response (Doc. 41) is hereby **GRANTED**.  Accordingly, this action hereby is **DISMISSED WITH PREJUDICE**.  Each party shall bear her, his, or its own costs.

**DONE and ORDERED** this 9th day of January, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE